UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| D'VAUGHN KING,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, *et al*.<br><br>    Respondents. | Case No. 2:24-cv-01992-RFB-BNW<br><br>**EXTENSION ORDER** |

    This habeas matter is before this Court on Respondents' unopposed motion for an extension of time to file their response to Petitioner D'Vaughn King's petition. This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 6) is granted. Respondents have up to and including August 29, 2025, to file their response.

**DATED:** July 1, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**