# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| D'VAUGHN KING, | Case No. 2:24-cv-01992-RFB-BNW |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN OF HIGH DESERT STATE PRISON, *et al*. | |
| Respondents. | |

This habeas matter is before this Court on Respondents' unopposed motion for a 45-day extension of time to file their response to Petitioner D'Vaughn King's petition. ECF No. 10. This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 10) is granted. Respondents have up to and including December 12, 2025, to file their response.

**DATED:** October 30, 2025

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE