# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| D'VAUGHN KING, | Case No. 2:24-cv-01992-RFB-BNW |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN OF HIGH DESERT STATE PRISON, *et al*. | |
| Respondents. | |

The matter before this Court is Respondents' unopposed motion for a 31-day extension of time to file their response to Petitioner D'Vaughn King's habeas petition. ECF No. 12. This is Respondents' fourth request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 12) is **GRANTED**. Respondents have up to and including January 12, 2026, to file their response.

**DATED:** December 15, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**