UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

D'VAUGHN KING,

      Petitioner,

    v.

WARDEN OF HIGH DESERT STATE PRISON,

      Respondent.

Case No. 2:24-cv-01992-RFB-BNW

**ORDER**

This habeas matter is before this Court on Respondents' motion to dismiss, which was filed on January 12, 2026. (ECF No. 18.) Under this Court's Screening Order, it was ordered "that the response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed by Local Rule LR 7-2(b)." (ECF No. 3 at 3.) Local Rule 7-2(b) provides that "the deadline to file and serve any points and authorities in response to [a] motion is 14 days after service of the motion." Accordingly, Petitioner's opposition to the motion to dismiss was due on or before January 26, 2026. To date, Petitioner has not filed his opposition or a request for an extension of time to do so.

**IT IS THEREFORE ORDERED** that Petitioner respond to this Order on or before February 18, 2026, by way of filing his opposition or a motion for extension.

**DATED:** February 11, 2026

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**