UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

D'VAUGHN KING,

              Petitioner,

    v.

WARDEN OF HIGH DESERT STATE PRISON, *et al*.

              Respondents.

Case No. 2:24-cv-01992-RFB-BNW

**EXTENSION ORDER**

This habeas matter is before this Court on Petitioner D'Vaughn King's unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. (ECF No. 20.) This is King's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 20) is granted. King has up to and including April 19, 2026, to file his opposition.

**DATED:** February 19, 2026

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**