**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

D'VAUGHN KING,

       Petitioner,

    v.

WARDEN OF HIGH DESERT STATE PRISON,

       Respondent.

Case No. 2:24-cv-01992-RFB-BNW

**EXTENSION ORDER**

    This habeas matter is before this Court on Petitioner D'Vaughn King's unopposed motion for a 30-day extension of time to file his opposition to the motion to dismiss. ECF No. 22. This is King's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** the unopposed motion for extension of time (ECF No. 22) is granted. King has up to and including May 18, 2026, to file his opposition.

    **DATED:** April 21, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**