# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

D'VAUGHN KING,

      Petitioner,

  v.

WARDEN OF HIGH DESERT STATE PRISON,

      Respondent.

Case No. 2:24-cv-01992-RFB-BNW

**EXTENSION ORDER**

This habeas matter is before this Court on Respondent's unopposed motion for a 30-day extension of time to file his reply to the motion to dismiss. ECF No. 25. This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** the unopposed motion for extension of time (ECF No. 25) is **GRANTED**. Respondent has up to and including June 25, 2026, to file his reply.

**DATED:** June 2, 2026

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**