CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 598-1471
contact@christopheroramlaw.com
*Attorney for D'Vaughn King*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| D'VAUGHN KING<br>Petitioner,<br>vs.<br>WARDEN OF HIGH DESERT STATE PRISON<br>Respondent(s). | CASE NO.: 2:24-cv-01992-RFB-BNW<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COURT ORDER REGARDING MOTION TO DISMISS (ECF 28) (FIRST REQUEST)** |

COMES NOW, Petitioner D'VAUGHN KING, an inmate in custody, by and through Counsel, Christopher R. Oram, Esq, of The Law Office of Christopher R. Oram, Esq., and hereby move this Court for an enlargement of time of sixty (60) days from the current due date of October 29, 2026, up to and including December 28, 2026, in which to file the Response to the Court's Order regarding the Motion to Dismiss. (ECF 28).

This motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

RESPECTFULLY SUBMITTED on October 29, 2026.

*By: Christopher R. Oram*
Christopher R. Oram, Esq. (Bar No. 4349)

**DECLARATION OF CHRISTOPHER R. ORAM, ESQ.**

I, CHRISTOPHER R. ORAM, hereby declare, based on personal knowledge or information and belief, that the following is true:

1) I am an attorney licensed to practice law before the Courts in the State of Nevada and have been retained by the Petitioner in the above-entitled matter. I have personal knowledge of the matters contained herein.
2) This motion is made in good faith and not for the purpose of delay.
3) The deadline to file the response to the Court's Order regarding the Motion to Dismiss is October 29, 2026. I have been unable with due diligence to timely complete this pleading.
4) This is the first request for an extension of time.
5) The undersigned contacted Ms. Christine Greve, Deputy Attorney General, who indicated she had no objection to this continuation.
6) The Undersigned is asking for additional time, so that he may continue to communicate with Mr. King regarding the Order.
7) Based on the foregoing, I respectfully request an enlargement of time of sixty (60) days, up to and including December 28, 2026, in which to file the Response to the Court Order regarding the Motion to Dismiss.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 29th day of October, 2026.

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for D'Vaughn King*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

D'VAUGHN KING

Petitioner,

vs.

WARDEN OF HIGH DESERT STATE PRISON

Respondent(s).

CASE NO.: 2:24-cv-01992-RFB-BNW

**EXTENSION ORDER**

The matter before this Court is Petitioners unopposed motion for a 60-day extension of time to file their response to the Court Order regarding the Motion to Dismiss. ECF No. 28. This is Petitioner's first request for an extension of this deadline.

IT IS THEREFORE ORDERED that the unopposed motion for extension of time is GRANTED. Petitioner has up to and including December, 28, 2026, to file his response.

Dated this the 29 day of October, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **Unopposed Motion for Enlargement of Time,** with the Clerk of the Court by using the CM/ECF system on October 29, 2026. The following participants in this case are registered CM/ECF users and will be served by the CM/ECF system:

*/s/ Savannah Card*_____________
Legal Assistant to Christopher R. Oram, Esq.